UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Edward Gustard Jones and Linda Tedder Jones**
S.S. Nos.: xxx-xx-4884 and xxx-xx-3715
Mailing Address: 112 Lanier Valley Drive, Durham, NC 27703-

Case No. 11-81055

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on June 29, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 26, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 5/5/11
**Lastname-SS#:** Jones-4884

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Ocwen Mortgage | | $537 | ** |
| | Grove Park HOA | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Ocwen Mortgage | | $537 | N/A | n/a | $537.00 | Residence |
| | Grove Park HOA | | $47 | N/A | n/a | $47.00 | Home Owners' Dues |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Ocwen Mortgage #2 | | | 5.00 | | | Residence |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Regional Acceptance | | $10,197 | 5.00 | $102 | $212.44 | 2007 Pontiac |
| | Nicholas Financial | | $12,092 | 5.00 | $100 | $251.92 | 2008 Chrysler Sebring |

## ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,700 |

## SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | $8,705 |
| Real Property Taxes on Retained Realty | $3,234 |

## UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | $858 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

## GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,376** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **2.98** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE                                    (Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) ©LOJTO

## Other Miscellaneous Provisions

On March 22, 2011, MERS, acting solely as the nominee of the note holder, recorded at Book 6689, Page 135, of the Durham County Registry of Deeds, a satisfaction of the 2nd Mortgage serviced by Ocwen Loan Servicing, LLC as recorded in Book 4884, Page 583 of the same.

Pursuant to the Proof of Claim filed by Grove Park Community Assoc., Inc. in the prior bankruptcy case, it does not appear that a claim of lien was, pursuant to NCGS 47F-3-116, filed with the Durham County Clerk of Court. Following In re Guillbreux, any such pre-petition claim is unsecured.

# CERTIFICATE OF SERVICE

I, Charlene Ennemoser, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Ennemoser
Charlene Ennemoser

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | 1st Point<br>Consumer Contact Center<br>2840 Electric Road, Ste. 202<br>Roanoke, VA 24018 | Jon P. Carr<br>Post Office Box 10669<br>1951 Clark Avenue<br>Raleigh, NC 27605 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Absolute Collection Service **<br>421 Fayetteville Street Mall<br>Suite 600<br>Raleigh, NC 27601 | Macy's **<br>Bankruptcy Processing<br>P.O. Box 8053<br>Mason, OH 45040 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Daniel F. Read<br>15 East Main Street<br>Durham, NC 27701 | NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 | Nicholas Financial, Inc<br>Bldg C Suite 501-B<br>2454 McMullen Booth Road<br>Attn: Managing Agent<br>Clearwater, FL 33759 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Empi<br>599 Cardigan Road<br>Saint Paul, MN 55126 | North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | First Premier Bank**<br>Post Office Box 5524<br>Sioux Falls, SD 57117-5524 | Ocwen Loan Servicing<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | GMAC **<br>Post Office Box 380902<br>Bloomington, MN 55438-0903 | Ocwen Loan Servicing, LLC***<br>ATTN: Bankruptcy Department<br>PO Box 24781<br>Attn: Managing Agent<br>West Palm Beach, FL 33416-4781 |
| US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Grove Park Community Assoc.<br>1401 Sunda Dr.<br>#116<br>Attn: Managing Agent<br>Raleigh, NC 27607 | Penn Foster<br>925 Oak Street<br>Scranton, PA 18515 |

Pinnacle Financial Group**
7825 Washington Avenue South
Suite 310
Minneapolis, MN 55439-2409


Regional Acceptance Corporation **
Bankruptcy Department
1420-C East Fire Tower Road
Attn: Managing Agent
Greenville, NC 27858

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858


Wachovia Bank Checking**
575 Underhill Blvd Suite 224
Syosset, NY 11791-3416



Wooten and Wooten
3200 Croasdaile Drive
STE 504
Durham, NC 27705